USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Freedom Mortgage Corporation,

                Plaintiff,

–v–

Richard Tschernia,

                Defendants.

20-cv-1206 (AJN) (KHP)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on May 10, 2021, scheduled a case management conference for December 3, 2021.  Dkt. No. 52.  On September 10, 2021, the parties requested a settlement conference, which the Court referred to Magistrate Judge Parker.  Dkt. No. 53, 54.

    Because the settlement conference has not yet occurred, and because of a conflict with the Court's schedule, the conference scheduled for December 3, 2021, is hereby adjourned.  The parties are ORDERED to submit by December 3, 2021, a joint letter.  The joint letter shall:

1) Include a statement confirming that all fact discovery has been completed (the parties should not assume that the Court will grant any extensions);

2) Include a statement regarding the status of any settlement discussions and whether the parties would like a referral to the Magistrate Judge or the Court-annexed Mediation Program for settlement discussions;

3) Include a statement regarding whether any party intends to move for summary judgment on or before the deadline specified in the CMP;

4) If no party intends to move for summary judgment, propose (a) a deadline for the submission of a joint final pre-trial order pursuant to Rule 5.A of the undersigned's Individual Practices in Civil Cases, and (b) potential trial dates; and

5) **Indicate whether a post-discovery conference is necessary.**

2

SO ORDERED.

Dated: November 28, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge